# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00255-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 158th District Court |
| | § | of Denton County (F-2009-1442-B) |
| v. | § | May 30, 2014 |
| | § | Opinion by Chief Justice Livingston |
| Ryan T. Harrison | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's orders. It is ordered that the trial court's orders are affirmed in part and reversed in part. We affirm the trial court's orders suppressing cell phone records related to numbers ending in 0370, 6239, and 8326, as well as its order suppressing the post-arrest statements made by Ryan T. Harrison to Detective William Wawro on March 31, 2009. We reverse the trial court's orders suppressing cellphone records related to numbers ending in 1836, 2622, and 4170.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Terrie Livingston
      Chief Justice Terrie Livingston